```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

SCOTTY S. HOUSE
PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-CV-195-DCB-MTP

SUE BUCKHALTER, et al.
DEFENDANT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Dr. Benj Yarbrough is DISMISSED WITHOUT PREJUDICE from this action pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED, this is the 2nd day of June, 2015.

                                  /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE