IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


SCOTTY S. HOUSE, #L6248                                    PLAINTIFF

VS.                             CIVIL ACTION NO. 5:13-cv-195(DCB)(MTP)

SUE BUCKHALTER, FNP, and
CORRECTIONS CORPORATION OF AMERICA                        DEFENDANTS


ORDER

        This   cause   is   before   the   Court   on   the   defendants   Sue

Buckhalter  and  Corrections  Corporation  of  America's  motion  for

summary judgment (docket entry 42), to which no response has been

filed by the plaintiff.  Because the plaintiff is proceeding pro

se, the Court shall afford him ten (10) days from the date of entry

of this Order to respond to the defendants' motion.  If no response

is filed, the Court will assume that the plaintiff has no objection

to the motion.

        Accordingly,

        IT IS HEREBY ORDERED that the plaintiff, Scotty S. House,

shall have ten (10) days from the date of entry of this Order to

file a response to the defendants' motion.

        SO ORDERED, this the   28th   day of December, 2015.


                                 s/David Bramlette
                            UNITED STATES DISTRICT JUDGE