```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


SCOTTY S. HOUSE                                            PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-195(DCB)(MTP)

SUE BUCKHALTER, and
CORRECTIONS CORPORATION OF AMERICA                        DEFENDANTS
```

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 46)**, to which no objection has been made by the plaintiff.  In his Report and Recommendation, Magistrate Judge Parker finds that the defendants were not deliberately indifferent to the plaintiff's medical needs, and that the defendants are entitled to judgment as a matter of law.  It is recommended that the defendants' Motion for Summary Judgment **(docket entry 42)** be GRANTED and this action dismissed with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 46)**, to which no objection is made by the plaintiff, is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that defendants Sue Buckhalter and Corrections Corporation of America's Motion for Summary Judgment **(docket entry 42)** is GRANTED.

A separate Final Judgment shall issue dismissing this action with prejudice.

SO ORDERED, this the 16th day of March, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE